UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MATTHEW RITTER,              ) | |
|              ) | |
|              Plaintiff,              ) | 3:12-cv-00194-LRH-WGC |
|              ) | |
| v.              ) | |
|              ) | O R D E R |
| MIKE MARSHOWSKI, *et. al.*,              ) | |
|              ) | |
|              Defendants.              ) | |
|              ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#3[1]) entered on April 23, 2012, recommending granting Plaintiff's application for leave to proceed *in forma pauperis* (#1) filed on April 9, 2012, and dismissing the complaint with prejudice. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#3) entered on April 23, 2012, should be adopted and accepted.

---

[1]Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) entered on April 23, 2012, is adopted and accepted, and Plaintiff's application for leave to proceed *in forma pauperis* (#1) is GRANTED. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs. However, this order does not extend to the issuance of subpoenas at government expense.

   IT IS FURTHER ORDERED that the Clerk shall file the Complaint (doc. #1-1).

   IT IS FURTHER ORDERED that this action is **DISMISSED with prejudice**.

   IT IS SO ORDERED.

   DATED this 6th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE