## Second Amended Complaint

Name: Matthew Ritter
3450 A Park Manor
Winnemucca Nv 89445
Prison Number

FILED / ENTERED
SEP 14 2015
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Matt Ritter,
    Plaintiff,

vs.

1. Elko County & City
2. Mike Marshowski
3. Aaron Hughes
4. Aaron Hildreth
5. Tyler Springs
6. Nick Galleti
7. Officer Gensel
    Defendant(s).

CASE NO. 3:12-CV-194
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, **Matthew Ritter** (Print Plaintiff's name)

who presently resides at **3450 A Park Manor**, were

violated by the actions of the below named individuals which were directed against

Plaintiff at **City & or county of Elko Nv** on the following dates
(institution/city where violation occurred)
March 12th of 2006 through July 2010

4th & 14th amendments  fabrication evidence, malicous prosecution and
(Count I)                (Count II)                (Count III)

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant <u>City & County of Elko</u> resides at <u>Elko County</u>,
(full name of first defendant)                    (address if first defendant)
and is employed as <u>Police entity. City is a municipality and County is local government</u>. This defendant is sued in his/her
(defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>The City & county of Elko as a public entity with the local government and the city as a municipality overseeing the Elko police department & Sheriff's office.</u>

3) Defendant <u>Mike Marshowski</u> resides at <u>Elko County</u>,
(full name of first defendant)                    (address if first defendant)
and is employed as <u>Elko Police officer</u>. This defendant is sued in his/her
(defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting <u>Marshowski violated matt Ritters 4th & 14th Amendment rights by fabrication of evidence and malicous prosecution by falsely making up fabricated</u>
under color of law: <u>Circumstatial evidence to obtain probable cause and a criminal conviction against matt Ritter</u>

4) Defendant <u>AAron Hughes</u> resides at <u>Lovelock Correctional Center</u>,
(full name of first defendant)                    (address if first defendant)
and is employed as <u>Elko Police officer</u>. This defendant is sued in his/her
(defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting <u>AAron Hughes violated matt Ritters 4th & 14th Amendment rights by fabrication of evidence and malicous prosecution by falsely making up</u>
under color of law: <u>fabricated evidence to obtain probable cause and a criminal conviction against matt Ritter.</u>

5) Defendant <u>AAron Hildreth</u> resides at <u>Elko County</u>,
(full name of first defendant)                    (address if first defendant)
and is employed as <u>Elko Police officer</u>. This defendant is sued in his/her
(defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting <u>AAron Hildreth violated matt Ritters 4th & 14th Amendment rights by fabrication of evidence and malicous prosecution by falsely making up</u>
under color of law: <u>fabricated circumstantial evidence to obtain probable cause and a criminal conviction against Matt Ritter</u>

6) Defendant Tyler Spring resides at Elko county and is employed as a Elko police officer. This defendant is sued in his <u>X</u> individual <u>X</u> official capacity. Tyler Spring violated matt Ritters 4th & 14th Amendment rights by fabrication of evidence and malicous prosecution by falsely making up fabricated circumstatial evidence to obtain probable cause and a criminal conviction against matt Ritter

2.

7) Defendant __Nick Galletti__ resides at __Elko county__,
    (full name of first defendant)                    (address if first defendant)
and is employed as __Elko Sherriffs office__. This defendant is sued in his/her
          (defendant's position and title, if any)
__X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was
acting __Nick Galletti violated matt Ritters 4th & 14th Amendment Rights by__
__fabrication of evidence & malicious prosecution by falsely making up__
under color of law: __evidence to obtain probable cause and a criminal__
__conviction against matt Ritter__

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE
1) Briefly state the background of your case.

I was arrested March 12th 2006 by officer Marshowski for a misdemenor warrent. I was searched twice placed in his patrol car and transported to the Elko county Jail where marshowski searched his patrol unit. One year later I was arrested for A Level three drug trafficking for a pound of meth under marshowskies front seat of his patrol unit on my march 12th 2006 arrest. I was taken to trial where Marshowski and the rest of the named defendants made a completely false case and evidence and testified to it too the Jury. I was found guilty and given a 25 year sentence for something I did not do I was Released by Nevada Supreme Court in 2010.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

Elko county & city for over seeing and running the Elko police department & sherriffs office.

## Second Amended Complaint addition

Elko county & city for overseeing and implementing a policy or standard operating procedure that was a direct result of plaintiffs violations of civil rights. The following defendants did not follow policy resulting in plaintiffs civil rights violations. Their failure to do the SOP or written policy of the county & city.

Page 4A

Mike Marshowsk violated Matt Ritters 4th & 14th amendment Rights by fabrication of evidence & malicous prosecution. On March 12th 2006 Marshowski pulled Matt Ritter over for a misdemenor warrent. He searched Matt Ritter twice transported him to jail, searched the squad car and wrote a police report on how Matt Ritter cooperated and was searched. Matt Ritter was aloud to post bail emiddiatly due to his cooperation.

March 13th 2006 officer Marshowski locates a gallon sice zip lock bag under the front seat of his patrol car. He then suspects Matt Ritter and then Marshowski writes supplemental false police reports and false events and obtains probable cause for Matt Ritters arrest and testifies to this false evidence and in turn Matt Ritter is found guilty by a jury and sentenced to 25 years in maximum security prison. Plaintiff has overwhelming evidence against defendant in this case

Page 4 B

Captian Aaron Hughes of the Elko police department violated Ritters 4th & 14th Amendment rights by fabrication of evidence and malicous prosecution. After Marshowski located the gallon sized zip lock bag of meth in his patrol unit he the walked it over to Ritters car that was in the same parking lot and tried to put secondary DNA transfer on the bag. Matt Ritter went to the Elko police department on March 13th to get his impounded car out. Upon entering the Jail Captain Aaron Hughes told matt Ritter about finding a big bag of drugs in the car and captain Hughes told Ritter he would make sure his DNA was found on the drugs. Captain Hughes is currently Serving a Life Sentence at the Lovelock correctional center for felony theft and sexual incest.

Page 4c

Aaron Hildreth violated matt Ritters 4th & 14th amendment rights by fabrication of evidence & malicous prosecution. On March 13th 2006 after Marshowski had told Captain Hughes and the entire Elko police department about the drugs as well as Hughes telling matt Ritter when he came to pick up his impounded vehicle that day, Aaron Hildreth along with the other named defendants go out the night of the March 13th 2006 and follow matt Ritter. Hildreth then falsely makes up circumstsial evidence that matt Ritter was trying to follow the police car to evidentaly get these drugs back. Aaron Hildreth go's on to testify to this at plaintiffs jury trial.

Page 4d

Nick Galleti violated Matt Ritters 4th & 14th amendment rights by fabrication of evidence & malicious prosecution. On March 13th 2006 Nick galleti was serving and conducting a search warrent on plaintiffs 2000 Honda civic in the rear parking lot of the Elko police department. Marshowski walked over to plaintiffs car with this alledged pound of meth and rubbed it on plaintiffs seat and on their gloves in order to obtain plaintiffs DNA on the contraband. Plaintiff was awaiting trial in 2008 at the elko county jail when Nick galleti beeped in over the intercom system and told plaintiff this. Plaintiff got witness names and a statement from galleti for official use and in the statement galleti claims he was just playing around. Galleti told plaintiff that he knew plaintiff was set up but that he only personaly played that small role in my case.

Page 4 F

Officer Gensel violated Matt Ritters 4th & 14th Amendment rights by fabrication of evidence & malicous prosecution. Officer Gensel another Elko police officer who was out to obtain probable cause and a conviction against plaintiff made up a weird story. He wrote false statements and testified to a jury and inferred to this jury that plaintiff was staking out the police department in order to break in and obtain this large quantity of Meth.

Page 46

Part E

Relief

Plaintiff seeks 250,000 in punitive damages for their blatent disregard for plaintiffs Freedom.

Plaintiff then seeks the $70,000 he owes his family for his Lawyers, $100,000 for each year of Lost wages. Plaintiff has worked at a gold mine for 4 years since his release. $10,000 for all the money he had to spend in prison, plaintiff has receipts. $500,000 dollars for over whelming pain and suffering. Plaintiffs father had developed cancer while plaintiff was incarserated and missed the Last years of his Life and was not allowed to go to the funeral. Also there were many hardships in prison for plaintiff.

I swear the foregoing information is true and correct.

Matt Ritter

Dated & signed 10th day of Sept
10th, 2015

9-10-15

Page 5