# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MATTHEW RITTER, | ) | 3:12-cv-00194-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 26, 2016 |
| | ) | |
| MIKE MARSHOWSKI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:** THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** KATIE LYNN OGDEN   **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

It has come to the attention of the court that counsel for Defendants is Brent L. Ryman, Esq., of the Erickson, Thorpe & Swainston, Ltd., law firm. Prior to his appointment as U.S. Magistrate Judge, William G. Cobb was a shareholder in the Erickson, Thorpe & Swainston, Ltd., law firm. Judge Cobb is a beneficiary of the Erickson, Thorpe & Swainston Profit Sharing Plan of which Mr. Ryman is a Trustee. Therefore, Judge Cobb recuses himself from further proceedings in this case.

IT IS HEREBY ORDERED that the Clerk shall draw another Magistrate Judge to be assigned to this case.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
    Deputy Clerk